■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. DENSON, SR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, Peo-*

*ple v Crawford,* 71 AD2d 38). (Appeal from judgment of Oswego County Court, Hurlbutt, J.—rape, third degree.) Present—Dillon, P. J., Doerr, Denman, Boomer and Pine, JJ.